UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTURO ESTEVEZ, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

    v.

ZERO FLAKES GIVEN, LLC,

                    Defendant.

**ORDER**

21 Civ. 8959 (ER)

RAMOS, D.J.

On November 1, 2021, Arturo Estevez brought this action against Zero Flakes Given, LLC for violation of the Americans with Disabilities Act and related claims. Doc. 1. Defendant was served on November 17, 2021 but has neither appeared nor responded to the Complaint. Doc. 5. Plaintiff is therefore directed to submit a status report regarding the case by **December 23, 2021**. Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated: December 13, 2021
       New York, New York

                                          Edgardo Ramos, U.S.D.J.