UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

ARTURO ESTEVEZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

ZERO FLAKES GIVEN, LLC,

                Defendant.

---------------------------------------x

Case No. 1:21-cv-08959-ER

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  June 21, 2022            **MIZRAHI KROUB LLP**

                                                      EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED:  June 21, 2022

**AMIN TALATI WASSERMAN, LLP**

_____

Matthew Ryan Orr
515 South Flower Street
Ste 18th and 19th Floors
Los Angeles, CA 90071
213-985-7206
Email: matt@amintalati.com

*Attorney for Defendant*

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
Date:   June 23, 2022
         New York, New York

2